**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 10-cv-01104-REB-KLM

TIMOTHY F. SHERIDAN,

    Plaintiff,

v.

THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF ELBERT, COLORADO,

    Defendant.

**ORDER DISMISSING CLAIMS 2 AND 4
OF PLAINTIFF'S COMPLAINT**

**Blackburn, J.**

    The matter is before me on the **Unopposed Motion of Plaintiff Timothy F. Sheridan To Dismiss Claims 2 and 4** [#51] filed April 19, 2011.  After reviewing the motion and the file, I conclude that the motion should be granted and that plaintiff's claims two and four, as stated in his **Complaint** [#1] filed May 12, 2010, should be dismissed without prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That the **Unopposed Motion of Plaintiff Timothy F. Sheridan To Dismiss Claims 2 and 4** [#51] filed April 19, 2011, is **GRANTED**; and

    2.  That claims two and four, as stated in the plaintiff's **Complaint** [#1] filed May 12, 2010, are **DISMISSED WITHOUT PREJUDICE**.

    Dated April 20, 2011, at Denver, Colorado.

                                                **BY THE COURT:**

                                                */s/ Robert E. Blackburn*
                                                Robert E. Blackburn
                                                United States District Judge