**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 10-cv-01104-REB-KLM

TIMOTHY F. SHERIDAN,

    Plaintiff,

v.

THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF ELBERT, COLORADO,

    Defendant.

## ORDER

**Blackburn, J.**

This matter is before me on the **Defendant's Motion for Summary Judgment on Plaintiff's First and Fifth Claims for Relief** [#55] filed April 29, 2011.  The plaintiff filed a response [#56], and the defendant filed a reply [#59].  I have jurisdiction over this matter under 28 U.S.C. § 1331 (federal question).  Having reviewed the motion, response, reply, the apposite arguments, authorities, and evidence presented by the parties, it is apparent that there exist genuine issues of material fact that are not appropriate for summary resolution.

**THEREFORE, IT IS ORDERED** that the **Defendant's Motion for Summary Judgment on Plaintiff's First and Fifth Claims for Relief** [#55] filed April 29, 2011, is **DENIED**.

Dated July 11, 2011, at Denver, Colorado.

                                                 **BY THE COURT:**

                                                 */s/ Robert E. Blackburn*
                                                 Robert E. Blackburn
                                                 United States District Judge