**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Date:            July 15, 2011
Deputy Clerk:    Laura Galera
Court Reporter:  Suzanne Claar

---

**Civil Action No.  10-cv-01104-REB-KLM**

*Parties:*                              *Counsel:*

TIMOTHY F. SHERIDAN                     Phillip L. Douglass

       Plaintiff,

v.

THE BOARD OF COUNTY                     Josh Adam Marks
COMMISSIONERS OF THE COUNTY             Melanie Bailey Lewis
OF ELBERT, COLORADO,

       Defendant.

---

**COURTROOM MINUTES**

---

**Trial Preparation Conference**

**9:08 a.m.      Court in session**

Appearances of counsel.

Opening statements by the court.

Parties advise the court they have reached a settlement.

       **IT IS ORDERED** as follows:

       1.     Trial preparation conference set July 15, 2011 is VACATED.

       2.     The jury trial set for August 1, 2011 is VACATED.

3.     Plaintiff Timothy F. Sheridan's Objection to Magistrate Judge's Order
       Granting Defendant's Motion for Extension of Time to Designate Rebuttal
       Expert [37] is DENIED AS MOOT.

4.     Plaintiff Timothy F. Sheridan's Motion to Expedite Hearing on Objection to
       Magistrate Judge's Order Granting Defendant's Motion for Extension of
       Time to Designate Rebuttal Expert [38] is DENIED AS MOOT.

5.     Plaintiff Timothy F. Sheridan's Motion for Partial Summary Judgment on
       Defendant's Affirmative Defense of Waiver and Release [50] is DENIED AS
       MOOT.

6.     Parties shall file their dismissal papers on or before **July 29, 2011.**

**9:15 a.m.     Court in recess.**

Total time in court:   00:07

Hearing concluded**.**