**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Civil Case No. 10-cv-01104-REB-KLM

TIMOTHY F. SHERIDAN,

    Plaintiff,
v.

THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF ELBERT, COLORADO,

    Defendant.

## ORDER OF DISMISSAL WITHOUT PREJUDICE

**Blackburn, J.**

    The matter is before me on the **Stipulation of Dismissal Without Prejudice** [#73][1] filed August 10, 2011. After reviewing the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed without prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Stipulation of Dismissal Without Prejudice** [#73] filed August 10, 2011, is **APPROVED**; and

    2. That this action is **DISMISSED WITHOUT PREJUDICE** with the parties to pay their own attorney fees and costs.

    Dated August 10, 2011, at Denver, Colorado.

                                                     **BY THE COURT:**

*/s/ Bob Blackburn*
Robert E. Blackburn
United States District Judge

---

[1] "[#73]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.